957 So.2d 1214 (2007)
Juan GONZALEZ, Appellant,
v.
The STATE of Florida, Appellee.
No. 07-352.
District Court of Appeal of Florida, Third District.
April 25, 2007.
Rehearing Denied May 24, 2007.
Juan Gonzalez, in proper person.
Bill McCollum, Attorney General, for appellee.
Before GERSTEN, RAMIREZ, and SUAREZ, JJ.
PER CURIAM.
Affirmed. See §§ 775.087(2)(a)(1)(f), (2)(a)(2), Fla. Stat. (2005); McClenithan v. State, 855 So.2d 675, 676 (Fla. 2d DCA 2003).